IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DEAN A. VAUGHAN, MICHAEL GRUENDER, JERRY DEAN BAKER, LaDONNA C. BAKER, EVELYN C. BROWN, GREGORY STEPHAN COPELAND, REBECCA B. CORUM, BOBBY GERALD DAWKINS, JEFFREY S. GROSHANS, RYAN A. GRAV, KIMBERLY M. HENRY, DIANE B. HESS, KARIN M. HUDSON, WILLIAM L. LAWSON III, XUAN THE LE, BRENDA C. MORRISON, THOMAS A. NEEDHAM, MARC P. RAY, THOMAS L. ROACH, and DEBRA G. ROBINSON, <br><br> Plaintiffs, <br><br> v. <br><br> CELANESE AMERICAS CORPORATION, CELANESE ADVANCED MATERIALS, INC., and THE CELANESE AMERICAS CORPORATION SEPARATION PAY PLAN, <br><br> Defendants. | Civil Action No. 3:06 CV 104 |

**ORDER**

This matter is before the Court on the motion of John D. Cole, as Defendants' local counsel, to allow Jeanne L. Bakker to appear as additional counsel of record for Defendants. It appears that Ms. Bakker meets the requirements for special admission; therefore, it is hereby **ORDERED** that Ms. Bakker shall be specially admitted to serve as additional counsel of record for Defendants. She shall be subject to this Court's jurisdiction, as though a member of the bar of this Court, in regards to all proceedings in this action until this matter is concluded or unless earlier permitted withdrawal.

**SO ORDERED**.

Signed: May 8, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge