UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION 3:06 CV 104

DEAN A. VAUGHAN, et al.,

       Plaintiffs,

v.

CELANESE AMERICAS CORPORATION, et al.

       Defendants.

## ORDER ALLOWING PLAINTIFFS' MOTION
## FOR PERMISSION TO FILE UNDER SEAL

This matter is before the Court on the plaintiffs' motion, pursuant to Section III.A. of the Administrative Procedures Governing the Filing and Service by Electronic Means and ¶ 8 of the Consent Protective Order, filed on September 28, 2006, for an order allowing them to file under seal the Plaintiffs' Appendix to their Motion for Partial Summary Judgment. It appearing to the Court that most of the documents included in the Appendix are those which were produced by the defendants in discovery, that the defendants, as the producing parties, have designated virtually all of these documents as CONFIDENTIAL, under ¶ 2 of the Consent Protective Order, and the provisions of ¶ 8 of the Consent Protective Order are applicable, and that the motion should therefore be allowed.

IT IS THEREFORE ORDERED that the motion is allowed, and the Plaintiffs' Appendix is ordered filed Under Seal.

This the 23rd day of March 2007.

_____
United States Magistrate Judge