IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| DEAN A. VAUGHAN, MICHAEL GRUENDER, <br> JERRY DEAN BAKER, LaDONNA C. BAKER, <br> EVELYN C. BROWN, GREGORY STEPHAN <br> COPELAND, REBECCA B. CORUM, BOBBY <br> GERALD DAWKINS, JEFFREY S. GROSHANS, <br> RYAN A. GRAV, KIMBERLY M. HENRY, <br> DIANE B. HESS, KARIN M. HUDSON, <br> WILLIAM L. LAWSON III, XUAN THE LE, <br> BRENDA C. MORRISON, THOMAS A. <br> NEEDHAM, MARC P. RAY, THOMAS L. <br> ROACH, and DEBRA G. ROBINSON, <br><br><br><br> Plaintiffs, <br><br> v. <br><br> CELANESE AMERICAS CORPORATION, <br> CELANESE ADVANCED MATERIALS, INC., <br> and THE CELANESE AMERICAS <br> CORPORATION SEPARATION PAY PLAN, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:06 CV 104 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION of Defendants' Motion to File Documents Under Seal, it is hereby

ORDERED that Exhibits 4, 5, 6 and 7 to Defendants' Motion for Summary Judgment be filed under seal in this matter.

_Carl Horn, III_
United States Magistrate/District Judge