# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-104-W

| | |
|---|---|
| DEAN A. VAUGHAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CELANESE AMERICAS )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>) | **ORDER** |

THIS MATTER comes now before the Court on the parties' cross-motions for summary judgment (Doc. Nos. 24, 26). The time for responding to dispositive motions as prescribed by Local Civil Rule 7.1(B) has elapsed without a response brief from either party. Accordingly, the motions are now ripe for adjudication and will be heard by the undersigned United States District Judge at **2:00 p.m.** on **Friday, 4 May 2007** in Courtroom #1 of the Charles R. Jonas Federal Building, Charlotte, North Carolina. Assuming that any claims or issues survive the Rule 56 hearing, the parties should be prepared to proceed with a bench trial during the first available trial calendar on or after the trial term scheduled to commence 23 July 2007.

IT IS SO ORDERED.

Signed: April 18, 2007

Frank D. Whitney
United States District Judge