# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:06-CV-104-W

| | |
|---|---|
| DEAN A. VAUGHAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| CELANESE AMERICAS ) | |
| CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

THIS MATTER came before the Court this day for telephonic pretrial conference. The proposed pretrial order submitted by the parties is hereby adopted as submitted.

IT IS SO ORDERED.

Signed: June 25, 2007

Frank D. Whitney
United States District Judge